1  TEAGUE P. PATERSON, SBN 226659
2  **BEESON, TAYER & BODINE, APC**
   1404 Franklin Street, 5th Floor
3  Oakland, CA 94612
   Telephone:  510-625-9700
4  Facsimile:  510-625-8275
   Email:  tpaterson@beesontayer.com
5
6  Attorneys for Plaintiff TEAMSTERS LOCAL 853

7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11 TEAMSTERS LOCAL 853,
12                                          Case No. C 07-2944 BZ
                  Plaintiff,
13                                          PROOF OF SERVICE OF:
14 v.
                                            SUMMONS IN A CIVIL ACTION; COMPLAINT;
15 TETRA TECH EC, INC.,                     INITIAL CASE MANAGEMENT SCHEDULING
                                            ORDER; CASE MANAGEMENT CONFERENCE
16                Defendant.                ORDER; NOTICE OF AVAILABILITY OF
                                            MAGISTRATE JUDGE TO EXERCISE
17                                          JURISDICTION; CONSENT TO JURISDICTION
                                            BY A UNITED STATES MAGISTRATE JUDGE;
18                                          ADR PACKAGE; ECF REGISTRATION
19

20

21

22

23

24

25

26

27

28

---

**PROOF OF SERVICE**
Case No. C07-2944 BZ
63945.doc

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

TEAMSTERS LOCAL 853

E-filing

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**C 07 2944 BZ**

v.

TETRA TECH EC, INC.

TO: (Name and address of defendant)

TETRA TECH EC, INC.
1230 Columbia Street, Suite 750
San Diego, CA 92101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Teague P. Paterson
Beeson, Tayer & Bodine
1404 Franklin Street, 5th Floor
Oakland, CA 94612

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE   JUN 6 2007

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| TEAGUE P. PATERSON, ESQ. (226659)<br>BEESON, TAYER & BODINE<br>1404 Franklin Street, 5th Floor<br>Oakland, California 94612 | (510) 625-9700 | |
| Attorneys for: TEAMSTERS LOCAL 853 | Ref. No. Or File No.<br>W2478548 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: TEAMSTERS LOCAL 853

Defendant: TETRA TECH EC, INC.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number: C 07-2944 BZ |

I, B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : TETRA TECH EC, INC.

By Serving : MARGARET WILSON, Authorized Agent of CT CORPORATION, Agent for Service of Process.

Address : 818 West 7th Street, Los Angeles, California 90017
Date & Time : Wednesday, June 6, 2007 @ 2:15 p.m.
Witness fees were : Not applicable.

Person serving:
B. Anderson
Wheels of Justice, Inc.
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 3991
  (3) County: Los Angeles
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 6, 2007

Signature: B. Anderson