TEAGUE P. PATERSON, SBN 226659
**BEESON, TAYER & BODINE, APC**
1404 Franklin Street, 5th Floor
Oakland, CA 94612
Telephone: 510-625-9700
Facsimile: 510-625-8275
Email: tpaterson@beesontayer.com

Attorneys for Plaintiff TEAMSTERS LOCAL 853

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TEAMSTERS LOCAL 853,

    Plaintiff,

v.

TETRA TECH EC, INC.,

    Defendant.

Case No. 3:07-CV-2944 BZ

**NOTICE TO DISMISS**
**[FRCP 41(a)(1)]**

Pursuant to FRCP 41(a)(1), and no Answer having been served by Defendant, Plaintiff Teamsters Local 853 hereby dismisses its Complaint to Compel Arbitration.

Dated: June 26, 2007

Respectfully Submitted,

BEESON, TAYER & BODINE, APC

By: /s/ Teague P. Paterson
TEAGUE P. PATERSON
Attorneys for Plaintiff TEAMSTERS LOCAL 853

NOTICE OF DISMISSAL
Case No. 3:07-CV-2944 BZ
64616.doc